1 | Name: LEILA MARIE CRUZ
2 | Address: 1201 ELLETA BLVD COLUMBIA MO 65202
3 | Telephone Phone: 916.940.0355
4 | Email: KANSASKATE5G@ICLOUD.COM

**FILED**
Feb 10 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ melodyq    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

LEILA MARIE CRUZ
INDIVIDUALLY & MEXT FRIEND,
        Plaintiff(s),
v.
SAN DIEGO COUNTY ET AL
        ,
        Defendant(s).

Case No.: '23CV0273 GPC KSC
(assigned at time of filing)

**COMPLAINT**

I. **RELATED CASES**

   a. Do you have other Civil Case(s) in this or any other federal court?
   
   ☒ Yes    ☐ No

   b. If yes, please list the case numbers here:
   
   UNKNOWN THE COURT HAS NOT SENT ACCESSIGLE NOTICE

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1  CA DEPT OF SOCIAL SERVICES AND SAN DIEGO, ORANGE, VENTURA
2  AND LOS ANGELES COUNTIES HAVE DISCRIMINATED AGAISNT ME
3  AND MY DISABLED CHILDREN IN THE ADMINISTRATION OF
   FEDERAL CASH, FOOD, MEDICAL AND HOUSING ASSISTANCE
4  PROGRAMS ON THE BASUS OF RACE, RELIGION, DISABILITY,
5  GENDER, SEXUAL ORIENTATIN AND CITIZENSHIP-AND HAVE
   DENIED US POLICY MODIFICAITONS, INTERPRETER SERVICES,
6  ALTERNATIVE ACCESSIBLE AUDIO DOCUMENTS, ALTERNATIVE
7  ACCESSIBLE SOFTWARE/HARDWARE AND DEPRIVED US OF EQUAL
   ACCESS TO THEIR FACILITIES, PUBLICAITONS, WEBSITES,
8  PROGRAMS, SERVICES AND HAVE SUBJECTRD US TO RETALIATION
9  FOR MAKING ADA EQUAL ACCESS AND CIVIL RIGHTS COMPLAINT

Defendants

San Diego County CWS/HHS
8965 Balboa Ave
San Diego CA 92123

Rady Childrens Hospital
3020 Childrens Way
San Diego CA 92123

CA Dept of Social Services
744 P St. Sacramento CA 95814

Orange County
6100 Chip Ave Cypress CA 90630

Ventura County
800 S. Victoria Ave Ventura CA 93009

LOS ANGELES COUNTY
1819 Charle Sifford Dr Los Angeles CA 90047

III. **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

8 MILLION DOLLARS FOR UNRUH ACTION VIOLATIONS PER PLAINTIFF FROM EACH COUNTY AND EACH PLACEMENT PROVIDER, SCHOOL DISTRICT AND INDIVIDUAL, PUNITIVE DAMAGES FOR PERSONAL INJURY, EMOTIONAL DISTRESS AND CRUEL AND UNUSUAL PUNNISHMENT, IMPOSTON OF ILLEGAL SANCTIONS

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes  ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

02/04/23
Date

_(signature)_
Signature

Leila Marie Cruz
Printed Name