McCoy v Childrens Garden
7201 Elleta Blvd
Columbia MO
65202

RECEIVED
FEB 10 23
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Attn: Clerk of the Court
US District Court
Southern Dist. of CA
333 W. Broadway
Ste 420
San Diego CA
92101






