UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leila Cruz McCoy,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>San Diego County Child Welfare Services, Rady Children's Hospital, California Department of Social Services, Orange County, Ventura County, and Los Angeles County,<br><br>　　　　　　　　　Defendants. | Case No.: 3:23-CV-0273-GPC-KSC<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO STATE A CLAIM AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |

On April 26, 2023, the Court granted Plaintiff's motion to proceed in forma pauperis and sua sponte dismissed the complaint for failing to state a claim with leave to file an amended complaint to correct the deficiencies identified in the Court's order no later than May 26, 2023. (Dkt. No. 3.) On May 9, 2023, the order was returned undeliverable. (Dkt. No. 4.) On May 22, 2023, Plaintiff filed a motion to appoint counsel that included a new address. (Dkt. No. 5.) On May 25, 2023, the Court rejected the motion to appoint counsel as premature because an amended complaint had not been filed. (Dkt. No. 6.) The Clerk

of Court, sua sponte[1], updated the address on the docket and mailed a copy of the Court's order to the updated address. (*Id.*)  One month has passed since Clerk of Court mailed the Court's order, and to date, Plaintiff has not filed an amended complaint, and not sought an extension of time to file one.  Accordingly, the Court DISMISSES this civil action in its entirety without further leave to amend based on Plaintiff's failure to state a claim upon which relief can be granted and her failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *See Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004) ("The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or indicating to the court that [she] will not do so—is properly met with the sanction of a Rule 41(b) dismissal."); *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.").  The Court DIRECTS the Clerk of Court to enter final judgment of dismissal and to close the file.

     IT IS SO ORDERED.

Dated:  June 28, 2023

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge

---

[1] A party proceeding pro se must keep the Court advised as to a current address or the action may be dismissed for failure to prosecute.  S.D. Local Civ. R. 83.11(b).